**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JONATHAN F. HOLMES, SR.
    Plaintiff,

vs.                                        Case No.: 3:05cv446/MCR/EMT

UNITED STATES AIR FORCE,
    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 5, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's amended complaint (Doc. 9) is **DISMISSED**.

    3.  Plaintiff's Request to Proceed Without "Right to Sue" Letter (Doc. 10) is **DENIED as moot**.

    4.  Any pending motions are **DENIED as moot**.

    5.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 3rd day of February, 2006.

                                     *s/ M. Casey Rodgers*
                                     **M. CASEY RODGERS
                                     UNITED STATES DISTRICT JUDGE**